FLEET WING CORPORATION, Appellant, v. OIL TRANSFER CORPORATION, Defendant, and SEARS NAVIGATION COMPANY, INC., Respondent.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — McCurn, Vaughan, Piper and Wheeler, JJ. [See *ante*, p. 745.]

■

MARTHA L. PFLEUGER, as Administratrix of the Estate of HERBERT A. PFLEUGER, Deceased, Respondent, v. MABEL G. PFLEUGER, as Administratrix of the Estate of HERBERT E. PFLEUGER, Deceased, et al., Appellants.— Motion for leave to appeal to the Court of Appeals granted and question for review certified. Time to file amended complaint extended to ten days after service of copy of the order of the Court of Appeals. Present — McCurn, Vaughan, Kimball and Wheeler, JJ. [See *ante*, p. 247.]

■

GEORGE E. GREGORY, Appellant, v. DUKE, VAN DUSEN & DUKE, INC., Respondent.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — McCurn, Vaughan, Kimball and Piper, JJ. [See *ante*, p. 886.]

■

STELLA M. GIANETTO, Respondent, v. JOSEPH LA DELPHA et al., Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — McCurn, Vaughan, Piper and Wheeler, JJ. [See *ante*, p. 179.]

■

STEPHEN HUDAK, Appellant, v. HORNELL INDUSTRIES, INC., Respondent.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — McCurn, Vaughan, Kimball and Piper, JJ. [See *ante*, p. 888.]

■

JOSEPH STIKA, Appellant, v. HORNELL INDUSTRIES, INC., Respondent.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — McCurn, Vaughan, Kimball and Piper, JJ. [See *ante*, p. 888.]

■

LILLIAN STOCKWEATHER, Respondent, v. OSCAR C. BUCK, Individually and Doing Business as O. C. BUCK EXPOSITIONS, et al., Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — McCurn, Kimball, Piper and Wheeler, JJ. [See *ante*, p. 895.]

■

WILLARD STOCKWEATHER, Respondent, v. OSCAR C. BUCK, Individually and Doing Business as O. C. BUCK EXPOSITIONS, et al., Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — McCurn, Kimball, Piper and Wheeler, JJ. [See *ante*, p. 896.]